1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JAMES S. BLACKBURN (State Bar No. 169134)
James.Blackburn@aporter.com
ERIC D. MASON (State Bar No. 259233)
Eric.Mason@aporter.com
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-5844
Telephone: (213) 243-4000
Facsimile:  (213) 243-4199

*Attorneys for Plaintiff*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RCRV, INC. d/b/a ROCK REVIVAL, a California corporation, <br><br> Plaintiff, <br><br> v. <br><br> MEZTIZOS USA CORP., a California corporation, <br><br> Defendant. | Case No.: 12 CIV 10852 (DMG) (JCGx) <br><br> **CONSENT JUDGMENT AND PERMANENT INJUNCTION [6]** |

WHEREAS, Plaintiff RCRV, Inc. d/b/a Rock Revival ("RCRV"), on the one hand, and Defendant Meztizos USA Corp. ("Meztizos"), on the other hand, have stipulated to the entry of judgment and a permanent injunction, as set forth in their concurrently filed Stipulation for Entry of Consent Judgment and Permanent Injunction; and

WHEREAS, after having reviewed and considered the parties' Stipulation, this Court finds that it has jurisdiction over the subject matter of this action and over the Parties, and venue in this action is proper in this judicial district; and

WHEREAS, RCRV is the owner of federal and common law trademark rights in a three-dimensional design feature consisting of a stylized inverted fleur de lis design stitched on the back pocket of Rock Revival jeanswear (the "INVERTED FLEUR-DE-LIS DESIGN Trademark"), a copy of the registration certificate for the INVERTED FLEUR-DE-LIS DESIGN Trademark along with a photograph of an example of the INVERTED FLEUR-DE-LIS DESIGN Trademark as used by RCRV on its Rock Revival line of jeanswear being attached hereto as Exhibit A; and

WHEREAS, on December 20, 2012, RCRV filed a Complaint against Meztizos in the United States District Court for the Central District of California, in an action captioned *RCRV, Inc. d/b/a Rock Revival v. Meztizos USA Corp.,* No. 12-Civ-10852 (C.D. Cal.) (the "Civil Action"), seeking injunctive relief and damages for acts of trademark counterfeiting, trademark infringement, false designation of origin, and unfair competition, arising out of Meztizos' purchase, distribution, promotion, advertising, marketing, offer for sale and/or sale of certain jeanswear products bearing designs which infringe RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark (the "Infringing Designs"), photographs of the jeanswear products bearing the Infringing Designs being attached hereto as Exhibit B.

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that:

1.     Meztizos and its agents, affiliates, divisions, parents, subsidiaries, related companies, officers, directors, shareholders, principals, employees and all natural or

2

legal persons acting on their behalf, or in concert with any of them, **who receive actual notice of this injunction**, shall be PERMANENTLY ENJOINED and RESTRAINED from the date of this Consent Judgment and Permanent Injunction from attempting to do or causing to be done, directly or indirectly, by any means, method, or device whatsoever, or by any person or persons whomsoever, the following acts:

       (a)    designing, manufacturing, importing, exporting, distributing, marketing, promoting, advertising, supplying, purchasing, offering for sale and/or selling any products bearing any of the Infringing Designs; and

       (b)    designing, manufacturing, importing, exporting, distributing, marketing, promoting, advertising, supplying, purchasing, offering for sale and/or selling any products bearing any combination of design elements that are confusingly similar (as that term is defined under applicable law) to RCRV's INVERTED FLEUR-DE-LIS DESIGN Trademark.

2.    This Consent Judgment and Permanent Injunction is enforceable against the Parties' affiliates, subsidiaries, parents, related companies, successors and assigns to the extent permitted by law.

3.    The Court retains jurisdiction of this action for the purpose of enforcing the provisions of this Consent Judgment and Permanent Injunction.

4.    The parties waive any right to appeal this Consent Judgment and Permanent Injunction.

5.    The parties shall bear their own costs and attorneys' fees related to this action.

DATED:  July 18, 2013

_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## United States of America

### United States Patent and Trademark Office



**Reg. No. 4,248,371**

**Registered Nov. 27, 2012**

**Int. Cl.: 25**

**TRADEMARK**

**PRINCIPAL REGISTER**

RCRV, INC. (CALIFORNIA CORPORATION)
4715 S. ALAMEDA STREET
LOS ANGELES, CA 90058

FOR: APPAREL, NAMELY, JEANS, SHORTS AND SKIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 11-23-2005; IN COMMERCE 3-17-2006.

THE MARK CONSISTS OF A THREE-DIMENSIONAL DESIGN FEATURE CONSISTING OF A STYLIZED INVERTED FLEUR DE LIS DESIGN STITCHED ON THE BACK POCKET OF A JEANS PRODUCT, DEPICTED IN THE DRAWING AS A SOLID BLACK LINE. THE DOTTED OUTLINE OF THE GOODS IS INTENDED TO SHOW THE POSITION OF THE MARK AND IS NOT PART OF THE MARK AS SHOWN.

SEC. 2(F).

SER. NO. 85-330,951, FILED 5-26-2011.

MARK SPARACINO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office



# <u>EXHIBIT B</u>





